JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE SMART, | Case No. CV 13-08311-GW (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DANIEL PARAMA, Warden,[1] | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 28, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the correct spelling of the Warden at the Richard J. Donovan Correctional Facility, where petitioner currently is incarcerated, is Daniel Paramo.

1